# United States Court of Appeals
## For the First Circuit

No. 07-2714

UNITED STATES OF AMERICA,

Appellee,

v.

NATHAN GARRASTEGUY,

Defendant-Appellant.

No. 07-2715

UNITED STATES OF AMERICA,

Appellee,

v.

AMOS CARRASQUILLO

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 6, 2009 is amended as follows:

On p. 12, line 2:  the "the" between "acknowledged" and "all" should be deleted.